AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF SOUTH CAROLINA

United States of America
v.

JAY NELSON
*Defendant*

Case No. 2:15-cr-799

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAY NELSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☒ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 § 2251(a), 2251(d), 2251(e), 2252(a)(2), 2252(b)(1), 2252A(a)(5)(b), 2252A(b)(2), 2422(b), 2253(a), and 28§2461(c)

Date: 10/12/2016

City and state: Charleston, SC

s/Heather Hillman
Deputy Clerk

*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 10/21/16, and the person was arrested on *(date)* 10/24/16
at *(city and state)* Richmond, VA.

Date: 10/24/16

*Arresting officer's signature*

Robert Sayer
*Printed name and title*